**DeNITTIS OSEFCHEN PRINCE, P.C.**
Stephen P. DeNittis, Esq. (SD-0016)
Ross H. Schmierer, Esq. (RS-7215)
525 Route 73 North, Suite 410
Marlton, New Jersey 08053
(856) 797-9951
rschmierer@denittislaw.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DONALD F. BROWNE, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>JOHN McSHANE d/b/a AMERICAN STUDENTS LOAN FORGIVENESS & DEBT RELIEF a/k/a ASLFDEBTRELIEF,<br><br>Defendant. | Case No.: 1:17-cv-11871-NLH-AMD |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiffs hereby voluntarily dismiss this action against Defendants in its entirety, with prejudice as to Plaintiffs' individual claims and without prejudice as to the claims of any absent putative class members.

Dated: February 9, 2018

By: s/Ross H. Schmierer
**DeNITTIS OSEFCHEN PRINCE, P.C.**
Ross H. Schmierer, Esq. (RS-7215)
Stephen P. DeNittis, Esq. (SD-0016)
525 Route 73 North, Suite 410
Marlton, New Jersey 08053
(856) 797-9951
rschmierer@denittislaw.com